# EXHIBIT A

# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

TANYA HARDEN, individually and on behalf of a class of others similarly situated,

                Plaintiffs,

v.

WIS HOLDINGS CORPORATION, a/k/a WIS INTERNATIONAL, and WASHINGTON INVENTORY SERVICE, INC.,

                Defendants.

Case No. 07-4076-CV-C-SOW

## CONSENT TO BECOME A PARTY PLAINTIFF

Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

**I WANT TO JOIN THIS LAWSUIT** seeking unpaid wages and overtime against WIS Holdings Corporation a/k/a WIS International, and Washington Inventory Service, Inc. By joining this lawsuit, I designate the Named Plaintiff to make all decisions on my behalf concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit. For purposes of this lawsuit, I choose to be represented by Stueve Siegel Hanson LLP and Lear & Werts LLP and other attorneys with whom they may associate.

Date: 4/21/11

Signature: _Billie Michaels_

Printed Name: BILLIE MICHAELS

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| TANYA HARDEN, individually and on behalf of a class of others similarly situated,<br><br>                    Plaintiffs,<br><br>v.<br><br>WIS HOLDINGS CORPORATION, a/k/a WIS INTERNATIONAL, and WASHINGTON INVENTORY SERVICE, INC.,<br><br>                    Defendants. | Case No. 07-4076-CV-C-SOW |

## CONSENT TO BECOME A PARTY PLAINTIFF

Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

      **I WANT TO JOIN THIS LAWSUIT** seeking unpaid wages and overtime against WIS Holdings Corporation a/k/a WIS International, and Washington Inventory Service, Inc. By joining this lawsuit, I designate the Named Plaintiff to make all decisions on my behalf concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit. For purposes of this lawsuit, I choose to be represented by Stueve Siegel Hanson LLP and Lear & Werts LLP and other attorneys with whom they may associate.

Date: 4-20-11

Printed Name: BENNY WIGGINS

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

TANYA HARDEN, individually and on behalf of a class of others similarly situated,

    Plaintiffs,

v.

WIS HOLDINGS CORPORATION, a/k/a WIS INTERNATIONAL, and WASHINGTON INVENTORY SERVICE, INC.,

    Defendants.

Case No. 07-4076-CV-C-SOW

## CONSENT TO BECOME A PARTY PLAINTIFF

Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

    **I WANT TO JOIN THIS LAWSUIT** seeking unpaid wages and overtime against WIS Holdings Corporation a/k/a WIS International, and Washington Inventory Service, Inc. By joining this lawsuit, I designate the Named Plaintiff to make all decisions on my behalf concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit. For purposes of this lawsuit, I choose to be represented by Stueve Siegel Hanson LLP and Lear & Werts LLP and other attorneys with whom they may associate.

Date: 4-19-11

Printed Name: _____

# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
### CENTRAL DIVISION

| | |
|---|---|
| TANYA HARDEN, individually and on behalf of a class of others similarly situated, | |
| Plaintiffs, | Case No. 07-4076-CV-C-SOW |
| v. | |
| WIS HOLDINGS CORPORATION, a/k/a WIS INTERNATIONAL, and WASHINGTON INVENTORY SERVICE, INC., | |
| Defendants. | |

## CONSENT TO BECOME A PARTY PLAINTIFF

Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

**I WANT TO JOIN THIS LAWSUIT** seeking unpaid wages and overtime against WIS Holdings Corporation a/k/a WIS International, and Washington Inventory Service, Inc. By joining this lawsuit, I designate the Named Plaintiff to make all decisions on my behalf concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit. For purposes of this lawsuit, I choose to be represented by Stueve Siegel Hanson LLP and Lear & Werts LLP and other attorneys with whom they may associate.

Date: 04/21/2011

Printed Name: Elizabeth Siegle

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| TANYA HARDEN, individually and on behalf of a class of others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>WIS HOLDINGS CORPORATION, a/k/a WIS INTERNATIONAL, and WASHINGTON INVENTORY SERVICE, INC.,<br><br>Defendants. | Case No. 07-4076-CV-C-SOW |

### CONSENT TO BECOME A PARTY PLAINTIFF

Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

**I WANT TO JOIN THIS LAWSUIT** seeking unpaid wages and overtime against WIS Holdings Corporation a/k/a WIS International, and Washington Inventory Service, Inc. By joining this lawsuit, I designate the Named Plaintiff to make all decisions on my behalf concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit. For purposes of this lawsuit, I choose to be represented by Stueve Siegel Hanson LLP and Lear & Werts LLP and other attorneys with whom they may associate.

Date: 4-20-2011

[signature: Nani Newton]

Printed Name: Nani Newton

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

TANYA HARDEN, individually and on behalf of a class of others similarly situated,

                Plaintiffs,

v.

WIS HOLDINGS CORPORATION,
a/k/a WIS INTERNATIONAL, and
WASHINGTON INVENTORY SERVICE, INC.,

                Defendants.

Case No. 07-4076-CV-C-SOW

## CONSENT TO BECOME A PARTY PLAINTIFF

Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

**I WANT TO JOIN THIS LAWSUIT** seeking unpaid wages and overtime against WIS Holdings Corporation a/k/a WIS International, and Washington Inventory Service, Inc. By joining this lawsuit, I designate the Named Plaintiff to make all decisions on my behalf concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit. For purposes of this lawsuit, I choose to be represented by Stueve Siegel Hanson LLP and Lear & Werts LLP and other attorneys with whom they may associate.

Date: 4/20/2011

                [signature]

**Printed Name: Paula Jacob**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDUARDO CHAVEZ and LYNDA DREISBACH, individually, and on behalf of a class of others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>WIS HOLDINGS CORP, a Delaware corporation,<br><br>and<br><br>WASHINGTON INVENTORY SERVICE, d/b/a WIS INTERNATIONAL, a California corporation,<br><br>Defendants. | Case No. 07 CV 1932 L (NLS)<br><br>**CONSENT TO BECOME A PARTY PLAINTIFF OF LAURA HUDSON**<br><br>**CLASS AND COLLECTIVE ACTION** |

**CONSENT TO BECOME A PARTY PLAINTIFF**
Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

I WANT TO JOIN THIS LAWSUIT seeking unpaid wages and overtime against WIS Holdings Corporation a/k/a WIS International, and Washington Inventory Service, Inc. By joining this lawsuit, I designate the Named Plaintiff to make all decisions on my behalf concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit. For purposes of this lawsuit, I choose to be represented by Stueve Siegel Hanson LLP and Lear & Werts LLP and other attorneys with whom they may associate.

Date: 08/22/08                                      _Laura Hudson_
                                                                  Printed Name: Laura Hudson

WIS/CA

# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## CENTRAL DIVISION

| | |
|---|---|
| TANYA HARDEN, individually and on behalf of a class of others similarly situated,<br><br>                    Plaintiffs,<br><br>v.<br><br>WIS HOLDINGS CORPORATION, a/k/a WIS INTERNATIONAL, and WASHINGTON INVENTORY SERVICE, INC.,<br><br>                    Defendants. | Case No. 07-4076-CV-C-SOW |

### CONSENT TO BECOME A PARTY PLAINTIFF

Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

**I WANT TO JOIN THIS LAWSUIT** seeking unpaid wages and overtime against WIS Holdings Corporation a/k/a WIS International, and Washington Inventory Service, Inc. By joining this lawsuit, I designate the Named Plaintiff to make all decisions on my behalf concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit. For purposes of this lawsuit, I choose to be represented by Stueve Siegel Hanson LLP and Lear & Werts LLP and other attorneys with whom they may associate.

Date: 4/20/2011

Printed Name: Stephen Cordellos

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

TANYA HARDEN, individually and on behalf of a class of others similarly situated,

Plaintiffs,

v.

WIS HOLDINGS CORPORATION, a/k/a WIS INTERNATIONAL, and WASHINGTON INVENTORY SERVICE, INC.,

Defendants.

Case No. 07-4076-CV-C-SOW

## CONSENT TO BECOME A PARTY PLAINTIFF

Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

**I WANT TO JOIN THIS LAWSUIT** seeking unpaid wages and overtime against WIS Holdings Corporation a/k/a WIS International, and Washington Inventory Service, Inc. By joining this lawsuit, I designate the Named Plaintiff to make all decisions on my behalf concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit. For purposes of this lawsuit, I choose to be represented by Stueve Siegel Hanson LLP and Lear & Werts LLP and other attorneys with whom they may associate.

Date: 04/21/2011

Christy Ann Dickens

Printed Name: **Christy Ann Dickens**

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| TANYA HARDEN, individually and on behalf of a class of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WIS HOLDINGS CORPORATION, a/k/a WIS INTERNATIONAL, and WASHINGTON INVENTORY SERVICE, INC.,<br><br>Defendants. | Case No. 07-4076-CV-C-SOW |

## CONSENT TO BECOME A PARTY PLAINTIFF

Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

    **I WANT TO JOIN THIS LAWSUIT** seeking unpaid wages and overtime against WIS Holdings Corporation a/k/a WIS International, and Washington Inventory Service, Inc. By joining this lawsuit, I designate the Named Plaintiff to make all decisions on my behalf concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit. For purposes of this lawsuit, I choose to be represented by Stueve Siegel Hanson LLP and Lear & Werts LLP and other attorneys with whom they may associate.

Date: 4/20/11

Printed Name: Efren Ruiz

# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
### CENTRAL DIVISION

| | |
|---|---|
| TANYA HARDEN, individually and on behalf of a class of others similarly situated,<br><br>       Plaintiffs,<br><br>v.<br><br>WIS HOLDINGS CORPORATION, a/k/a WIS INTERNATIONAL, and WASHINGTON INVENTORY SERVICE, INC.,<br><br>       Defendants. | Case No. 07-4076-CV-C-SOW |

## CONSENT TO BECOME A PARTY PLAINTIFF

Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

  **I WANT TO JOIN THIS LAWSUIT** seeking unpaid wages and overtime against WIS Holdings Corporation a/k/a WIS International, and Washington Inventory Service, Inc. By joining this lawsuit, I designate the Named Plaintiff to make all decisions on my behalf concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit. For purposes of this lawsuit, I choose to be represented by Stueve Siegel Hanson LLP and Lear & Werts LLP and other attorneys with whom they may associate.

Date: 4-20-11

Printed Name: Michelle Sheets

# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

| | |
|---|---|
| TANYA HARDEN, individually and on behalf of a class of others similarly situated,<br><br>       Plaintiffs,<br><br>v.<br><br>WIS HOLDINGS CORPORATION, a/k/a WIS INTERNATIONAL, and WASHINGTON INVENTORY SERVICE, INC.,<br><br>       Defendants. | Case No. 07-4076-CV-C-SOW |

## CONSENT TO BECOME A PARTY PLAINTIFF

Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

  **I WANT TO JOIN THIS LAWSUIT** seeking unpaid wages and overtime against WIS Holdings Corporation a/k/a WIS International, and Washington Inventory Service, Inc. By joining this lawsuit, I designate the Named Plaintiff to make all decisions on my behalf concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit. For purposes of this lawsuit, I choose to be represented by Stueve Siegel Hanson LLP and Lear & Werts LLP and other attorneys with whom they may associate.

Date: 4/21/2011

Printed Name: Marcia C. James

# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## CENTRAL DIVISION

TANYA HARDEN, individually and on behalf of a class of others similarly situated,

        Plaintiffs,

v.

WIS HOLDINGS CORPORATION, a/k/a WIS INTERNATIONAL, and WASHINGTON INVENTORY SERVICE, INC.,

        Defendants.

Case No. 07-4076-CV-C-SOW

## CONSENT TO BECOME A PARTY PLAINTIFF

Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

**I WANT TO JOIN THIS LAWSUIT** seeking unpaid wages and overtime against WIS Holdings Corporation a/k/a WIS International, and Washington Inventory Service, Inc. By joining this lawsuit, I designate the Named Plaintiff to make all decisions on my behalf concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit. For purposes of this lawsuit, I choose to be represented by Stueve Siegel Hanson LLP and Lear & Werts LLP and other attorneys with whom they may associate.

Date: 4/21/2011

*/s/ Jeremy D. Watson*

Printed Name: Jeremy Watson

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| TANYA HARDEN, individually and on behalf of a class of others similarly situated,<br><br>                      Plaintiffs,<br>v.<br><br>WIS HOLDINGS CORPORATION, a/k/a WIS INTERNATIONAL, and WASHINGTON INVENTORY SERVICE, INC.,<br><br>                      Defendants. | Case No. 07-4076-CV-C-SOW |

## CONSENT TO BECOME A PARTY PLAINTIFF

Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

      **I WANT TO JOIN THIS LAWSUIT** seeking unpaid wages and overtime against WIS Holdings Corporation a/k/a WIS International, and Washington Inventory Service, Inc. By joining this lawsuit, I designate the Named Plaintiff to make all decisions on my behalf concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit. For purposes of this lawsuit, I choose to be represented by Stueve Siegel Hanson LLP and Lear & Werts LLP and other attorneys with whom they may associate.

Date: April 20, 2011

                                          *Kathy Allison*
                                     Printed Name: Kathy Allison